UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUCIANO TONELLI,

        Plaintiff,

  v.

BRIAN McGARVIE *et al.*,

        Defendants.

Case No.  C08-5190BHS/JKA

ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE COMPLAINT TO NAME JAMES MASON

    This 42 U.S.C. § 1983 Civil Rights has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion to supplement his complaint to name defendant J. Mason as James Mason (Dkt # 3).  The motion is **GRANTED.**

    The Clerk is directed to send plaintiff a copy of this Order, remove Dkt # 3 from the court calendar, and add defendant James Mason's full name on the case caption.

    DATED this 1 day of May,  2008.

Q:/j

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge