# United States District Court

WESTERN DISTRICT OF WASHINGTON

LUCIANO TONELLI

v.

BRIAN McGARVIE; and JAMES MASON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5190BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE** for failure to state a claim. This dismissal counts as a strike pursuant to the 28 U.S.C. 1915(g).


July 10, 2008                                                    BRUCE RIFKIN
Date                                                             Clerk


                                                                 *s/CM Gonzalez*
                                                                 Deputy Clerk